# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-680
_____

DONALD SCHUBERT,

   Appellant,

v.

GAINESVILLE COUNCIL ON
AGING, INC.,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

February 6, 2018


PER CURIAM.

   AFFIRMED.

LEWIS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terence J. Kann, of Terence J. Kann, P.A., Gainesville, for Appellant.

William T. Stone and William T. Stone, Jr., of Saalfield Shad, P.A., Jacksonville, for Appellee.